

- 
- 
- 

Enter your email address  Subscribe

**CRAZYHORSE3LV** Surround yourself with our beautiful babes tonight - not a bad way to start off your week ;)
9 minutes ago · reply · retweet · favorite

**CRAZYHORSE3LV** CH3LV.com - for all of your VIP service needs!
2 hours ago · reply · retweet · favorite

**WOODNIKKI** @J_J_S_S_Smooth @CRAZYHORSE3LV TY!!
22 hours ago · reply · retweet · favorite

 Join the conversation

[Crazy Horse III | Gentlemens Club](#)

Stay Connected

Las Vegas Strip Clubs | ©2012 Crazy Horse III - [Privacy Policy](#) - Fueled by [adlava](#)