# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL ROAD FOOD & BEVERAGE, LLC, | |
| Plaintiff(s), | Case No. 2:13-cv-00776-JCM-NJK |
| vs. | ORDER |
| MIKE GALAM, et al., | (Docket No. 77) |
| Defendant(s). | |

Pending before the Court is Plaintiff's emergency motion to conduct discovery. Docket No. 77. The Court hereby **ORDERS** that any response be filed no later than July 24, 2013. Any reply shall be filed no later than July 26, 2013.

The Court will determine a schedule for filing and briefing a renewed motion to vacate/reconsider after it has ruled on Plaintiff's request for discovery.

IT IS SO ORDERED.

DATED: July 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge