FILED

JUL 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada limited liability company, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MICHAEL GALAM, an individual; et al., <br><br> Defendants - Appellants. | No. 13-16043 <br><br> D.C. No. 2:13-cv-00776-JCM-NJK <br> District of Nevada, Las Vegas <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

This is a preliminary injunction appeal.

Appellants' June 20, 2013 motion for a limited remand is granted. *See* Fed. R. App. P. 12.1(b). This appeal is remanded to the district court for the limited purpose of enabling the district court to consider appellants' motion to vacate or modify the preliminary injunction.

Within 60 days after the date of this order or within 7 days after the district court's ruling on appellants' motion to vacate or modify the preliminary injunction, whichever occurs first, appellants shall file: (1) a report on the status of district court proceedings and motion for appropriate relief; or (2) the opening brief. The

SM/MOATT

filing of the opening brief or the failure to file a report will terminate the limited remand.

If the opening brief is filed, the answering and optional reply briefs shall be filed in accordance with the time limits set forth in Federal Rule of Appellate Procedure 3-3.