# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL ROAD FOOD & BEVERAGE, LLC, | |
| Plaintiff(s), | Case No. 2:13-cv-00776-JCM-NJK |
| vs. | ORDER GRANTING MOTION TO EXTEND |
| MIKE GALAM, et al., | (Docket No. 105) |
| Defendant(s). | |

Pending before the Court is a motion to extend filed by Defendants SN & GE, LLC and George Eshaghian ("Defendants") seeking additional time to respond to Plaintiff's motion to strike. Docket No. 105; *see also* Docket No. 99 (motion to strike). For good cause shown, the motion for an extension is **GRANTED**. Defendants' response to the motion to strike shall be filed no later than October 4, 2013.

IT IS SO ORDERED.

DATED: September 26, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge