UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL ROAD FOOD & BEVERAGE, LLC,  )<br>                                                                      )<br>                          Plaintiff(s),                       )<br>                                                                      )<br>vs.                                                                 )<br>                                                                      )<br>MIKE GALAM, et al.,                                    )<br>                                                                      )<br>                          Defendant(s).                   )<br>_____ ) | Case No. 2:13-cv-00776-JCM-NJK<br><br>ORDER DENYING PROPOSED<br>DISCOVERY PLAN (Docket No. 111) |

      Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 111, which is hereby **DENIED**. The presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). The proposed plan seeks additional time by requesting a discovery period of roughly 11 months from today's date. *See* Docket No. 111 at 2. The parties request this additional time by asserting that the case involves numerous parties and that a substantial amount of discovery and motion practice is expected. This is not sufficient explanation for the extended period sought. Accordingly, the proposed discovery plan is denied. The parties shall submit, no later than October 11, 2013, a new proposed discovery plan based on a discovery cut-off of May 31, 2013.

      IT IS SO ORDERED.

      DATED: October 9, 2013

                                                                                               NANCY J. KOPPE<br>
                                                                                             United States Magistrate Judge