# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, Plaintiff(s), vs. MICHAEL GALAM, et al., Defendant(s). | Case No. 2:13-cv-0776-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 154, 155) |

Pending before the Court are two motions to appear telephonically at the hearing set for May 16, 2014 at 3:00 p.m. Docket Nos. 154, 155. The motions are hereby GRANTED. Any counsel who wishes to appear telephonically at that hearing may do so by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge