# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUSSELL ROAD FOOD AND BEVERAGE, LLC,

Plaintiff(s),

vs.

MIKE GALAM, et al.,

Defendant(s).

Case No. 2:13-cv-00776-RFB-NJK

ORDER

(Docket No. 274)

Pending before the Court is a motion to withdraw as co-counsel for Defendants, filed by The Altman Law Group. Docket No. 274. Plaintiff filed a response in opposition, and Defendants' counsel filed a reply. Docket Nos. 278, 280. For good cause shown, the motion to withdraw is hereby **GRANTED**.

To the extent Plaintiff files any motion seeking an award of attorneys' fees or other sanction against withdrawing counsel, Plaintiff must ensure that such motion is served on withdrawing counsel.

IT IS SO ORDERED.

DATED: April 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge