ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendants West Best Capital Group, LLC, SN & GE, LLC, Abraham Assil, Soleiman Nazarian, George Eshaghian, Canico Capital Group, LLC, and Industrial Road 2440-2497, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MIKE GALAM, et al.<br>Defendants. | Case No.: 2:13-cv-00776-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |
| MIKE GALAM, et al.<br><br>Counterclaimant,<br><br>v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, ET AL.,<br>Counter Defendants. | |

Canico Capital Group, LLC and Industrial Road 2440-2497, LLC hereby consent to the substitution of Ariel E. Stern, Esq. and Allison R. Schmidt, Esq. of AKERMAN LLP as their

{39713073;1}

CANICO CAPITAL GROUP, LLC

By: _____

Its: Co, managing Member.

Michael R. Mushkin, Esq. of the law firm of MICHAEL R. MUSHKIN & ASSOCIATES, and Michael T. Smith, Esq. of the law firm of THE ALTMAN LAW GROUP consent to the substitution of Ariel E. Stern, Esq. and Allison R. Schmidt, Esq., of AKERMAN LLP as counsel of record in their place and stead on behalf of Defendants Canico Capital Group, LLC and Industrial Road 2440-2497, LLC.

DATED this ___ day of October, 2016.        DATED this ___ day of October, 2016.

MICHAEL R. MUSHKIN & ASSOCIATES        THE ALTMAN LAW GROUP

_____            _____
MICHAEL R. MUSHKIN, ESQ.                MICHAEL T. SMITH, ESQ.
NEVADA BAR NO. 2421                     CALIFORNIA BAR NO. 170522
4475 S. Pecos Road                      BRYAN C. ALTMAN, ESQ.
Las Vegas, NV 89121                     CALIFORNIA BAR NO. 122976
                                        6300 Wilshire Blvd., Suite 980
                                        Los Angeles, CA 90048

Ariel E. Stern, Esq. and Allison R. Schmidt, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Canico Capital Group, LLC, and Industrial Road 2440-2497, LLC, in the place and stead of Michael Mushkin of MICHAEL R. MUSHKIN & ASSOCIATES, and Michael T. Smith of THE ALTMAN LAW GROUP.

/ / /
/ / /
/ / /
/ / /
/ / /

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 –
FAX: (702) 380-8572

{39713073;1}

2

counsel in the place and stead of Michael Mushkin of MICHAEL R. MUSHKIN & ASSOCIATES and Michael T. Smith of THE ALTMAN LAW GROUP, in the above-entitled matter.

DATED this ___ day of October, 2016.

**CANICO CAPITAL GROUP, LLC**

By: _____

Its: _____

Michael R. Mushkin, Esq. of the law firm of MICHAEL R. MUSHKIN & ASSOCIATES, and Michael T. Smith, Esq. of the law firm of THE ALTMAN LAW GROUP consent to the substitution of Ariel E. Stern, Esq. and Allison R. Schmidt, Esq., of AKERMAN LLP as counsel of record in their place and stead on behalf of Defendants Canico Capital Group, LLC and Industrial Road 2440-2497, LLC.

DATED this ___ day of October, 2016.            DATED this ___ day of October, 2016.

**MICHAEL R. MUSHKIN & ASSOCIATES**            **THE ALTMAN LAW GROUP**

_/s/ Michael R. Mushkin_____          _____
MICHAEL R. MUSHKIN, ESQ.                        MICHAEL T. SMITH, ESQ.
NEVADA BAR No. 2421                             CALIFORNIA BAR No. 170522
4475 S. Pecos Road                              BRYAN C. ALTMAN, ESQ.
Las Vegas, NV 89121                             CALIFORNIA BAR No. 122976
                                                6300 Wilshire Blvd., Suite 980
                                                Los Angeles, CA 90048

Ariel E. Stern, Esq. and Allison R. Schmidt, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Canico Capital Group, LLC, and Industrial Road 2440-2497, LLC, in the place and stead of Michael Mushkin of MICHAEL R. MUSHKIN & ASSOCIATES, and Michael T. Smith of THE ALTMAN LAW GROUP.

/ / /

/ / /

{39713073:1}                          2

*Russell Road Food and Beverage, LLC v. Mike Galam, et al*
2:13-cv-00776-RFB-NJK

DATED this 18th day of October, 2016.

AKERMAN LLP

/s/ Allison Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: October 19, 2016

{39713073;1}

3