1 | **BRUNO TARABICHI**, CA State Bar No. 215129
    bruno@tmwlawfirm.com
2 | **TMW LAW**
    4750 Almaden Expy 124-359
3 | San Jose, California 95118
    Telephone: 408.634.0324
4 | Facsmile:   408.715.6707
    Pr*o Hac Vice*
5 |
    **PUOY K. PREMSRIRUT**, State Bar No. 7141
6 | puoy@brownlawlv.com
    **PUOY K. PREMSRIRUT, ESQ. INC.**
7 | 520 S. Fourth Street, Second Floor
    Las Vegas, NV 89101
8 | Telephone: 702.384.5563
    Facsimile:  702.385.1752
9 |
    Attorneys for Plaintiff
10| Russell Road Food and Beverage, LLC

11 | UNITED STATES DISTRICT COURT

12 | DISTRICT OF NEVADA

13 | SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, | Case No. 2:13-cv-00776-RFB-NJK |
| Plaintiff, | **STIPULATED REQUEST FOR ADDITIONAL TIME TO SUBMIT PROPOSED JOINT DISCOVERY AND SCHEDULING ORDER** |
| vs. | Case Filed: May 2, 2013 |
| MIKE GALAM, et al. | Judge:     Honorable Richard F. Boulware |
| Defendants. | |
| MIKE GALAM, et al., | |
| Counterclaimants, | |
| vs. | |
| RUSSELL ROAD FOOD AND BEVERAGE, LLC, et al. | |
| Counterdefendant. | |

On February 28, 2018, this Court held a hearing on the following motions:

- Defendants Mike Galam, Victor Galam, Jacqueline Galam Barnes, Crazy Horse Too Gentlemen's Club LLC, Rhino Bare Projects LLC, and Rhino Bare Projects 4824 LLC's (the "Galam Defendants") Motion for Reconsideration (ECF No. 336);
- Defendants Canico Capital Group, LLC and Industrial Road 2440-2497, LLC's (the "Canico Defendants") and Defendants Abraham Assil, George Eshaghian, West Best Capital Group, LLC, SN & GE, LLC, and Soleiman Nazarian's (the "Assil Defendants") Motion for Reconsideration (ECF No. 337);
- Defendants Djavid Hakakian, Morris Nejathaim, Hamed Yazdanpanah, Isaac Javdanfar, Kamran Samooha, Mehran Sadighpour, Sefox Investment, LLC, El Marino, LLC, Knotting Hill, LLC, IJ Properties, LLC, and S Double, LLC's (the "Hakakian Defendants") Motion for Reconsideration (ECF No. 339);
- Plaintiff Russell Road Food and Beverage, LLC's ("Russell Road") Cross-Motions for Summary Judgment against the Galam Defendants, Canico Defendants, Assil Defendants, and Hakakian Defendants (ECF Nos. 346, 348, and 351); and
- Plaintiff Russell Road's Motion for Preliminary Injunction (ECF No. 361).

At the hearing, the Court took the motions under submission and ordered the parties to submit a proposed joint discovery and scheduling order.

On March 12, 2018, the Court issued a Minute Order providing as follows:

> IT IS ORDERED that the parties shall submit a Joint Proposed Discovery/Scheduling Order for this Court's consideration due by two weeks. The Scheduling Order should include six to nine months of discovery with a motion calendar as it relates to dispositive motions regarding the issue of personal liability which can address the period of infringement and damages. IT IS FURTHER ORDERED that the parties are directed to electronically file in CM/ECF, a joint letter for this Court's consideration regarding any

2
STIPULATION
(CASE NO. 2:13-cv-00776-RFB-NJK)

| | |
|---|---|
| 1 | disputed discovery issues.  The parties are then directed to notify the courtroom deputy as to scheduling a status |
| 2 | conference hearing. |

ECF No. 373.  Pursuant to the Court's Minute Order, the Joint Proposed Discovery and Scheduling Order was due on March 14, 2018.

    At present, the parties are unable to agree on the language of a Joint Proposed Discovery and Scheduling Order and are in the process of attempting to negotiate mutually acceptable language.  The parties respectfully request additional time to submit the Joint Proposed Discovery and Scheduling Order.

    The parties propose that they be given until April 3, 2018 to submit a Joint Proposed Discovery and Scheduling Order and that, if the parties are unable to reach agreement on a Joint Proposed Discovery and Scheduling Order by April 3, 2018, the parties shall each submit their own proposed Discovery and Scheduling Order by April 6, 2018 for the Court's consideration.

**IT IS SO STIPULATED**

Dated: March 26, 2018              Respectfully submitted,

                                          TMW LAW

                                          By   /s/ Bruno Tarabichi
                                              Bruno Tarabichi
                                              Attorneys for Plaintiff
                                              Russell Road Food and Beverage, LLC

| | | |
|---|---|---|
| Dated: March 26, 2018 | | Respectfully submitted, |

LAMBROSE BROWN PLLC

By   /s/ William Brown
    William Brown
    Attorneys for Defendants Mike Galam, Crazy Horse Too Gentlemen's Club LLC, Victor Galam, Jacqueline Galam Barnes, Rhino Bare Projects LLC, and Rhino Bare Projects 4824 LLC

Dated: March 26, 2018    Respectfully submitted,

AKERMAN LLP

By   /s/ Ariel E. Stern
    Ariel E. Stern
    Attorneys for Defendants Canico Capital Group, LLC, Industrial Road 2440-2497, LLC, Abraham Assil, George Eshaghian, West Best Capital Group, LLC, SN & GE, LLC, and Soleiman Nazarian

Dated: March 26, 2018    Respectfully submitted,

LEBEDEV, MICHAEL & HELMI

By   /s/ Gennady L. Lebedev
    Gennady L. Lebedev
    Attorneys for Defendants Djavid Hakakian, Morris Nejathaim, Hamed Yazdanpanah, Isaac Javdanfar, Kamran Samooha, Mehran Sadighpour, Sefox Investment, LLC, El Marino, LLC, Knotting Hill, LLC, IJ Properties, LLC, and S Double, LLC

IT IS SO ORDERED:

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: March 28, 2018.