KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, NV 89012

*Attorneys for Michael Galam*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CV-00776-RFB-NJK |
| Plaintiff; | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| MICHAEL GALAM, | |
| Defendant. | |

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL: 702.463.9074

Defendant, MICHAEL GALAM, by and through counsel of record, JASON HICKS, ESQ., comes before the Court with a Motion to Withdraw as Counsel of Record.

During February 2015 through November 2016, undersigned counsel began an association with William Brown, Esq., to represent Defendant Galam. Since that time, undersigned counsel has had infrequent or no contact with Defendant Galam, as Mr. Brown maintained primary representation of Defendant. Furthermore, Defendant has not indicated that he seeks further retention of undersigned counsel.

Defendant is well-represented by Mr. Brown, and undersigned counsel submits that neither Mr. Brown nor Defendant oppose his withdrawal from representation in this case.

WHEREFORE, Counsel for Michael Galam requests an Order allowing him to Withdraw of Counsel of Record.

Dated this 30th day of April 2018

/s/ Jason Hicks

_____

JASON HICKS, ESQ.
Counsel for Michael Galam

IT IS SO ORDERED.
Dated: May 1, 2018
.
.
_____
United States Magistrate Judge

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL: 702.463.9074

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28