**BRUNO TARABICHI**, CA State Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707
Pr*o Hac Vice*

**PUOY K. PREMSRIRUT**, State Bar No. 7141
puoy@brownlawlv.com
**PUOY K. PREMSRIRUT, ESQ. INC.**
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: 702.384.5563
Facsimile: 702.385.1752

Attorneys for Plaintiff
Russell Road Food and Beverage, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE GALAM, et al.<br>    Defendants.<br><br>MIKE GALAM, et al.,<br><br>    Counterclaimants,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, et al.<br><br>    Counterdefendant. | Case No. 2:13-cv-00776-RFB-NJK<br><br>**STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) OF DEFENDANTS DJAVID HAKAKIAN, EL MARINO, LLC, MORRIS NEJATHAIM, SEFOX INVESTMENT, LLC, HAMED YAZDANPANAH, KNOTTING HILL, LLC, ISAAC JAVDANFAR, IJ PROPERTIES, LLC, KAMRAN SAMOOHA, MEHRAN SADIGHPOUR, AND S DOUBLE, LLC**<br><br>Case Filed: May 2, 2013<br>Judge: Honorable Richard F. Boulware |

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Local Rule 6-2 of the District of Nevada's Local Rules of Practice, and a settlement agreement between the parties, Plaintiff Russell Road Food and Beverage, LLC and Defendants Djavid Hakakian, El Marino, LLC, Morris Nejathaim, Sefox Investment, LLC, Hamed Yazdanpanah, Knotting Hill, LLC, Isaac Javdanfar, IJ Properties, LLC, Kamran Samooha, Mehran Sadighpour, and S Double, LLC (the "Hakakian Defendants") hereby stipulate and agree to the dismissal of the Hakakian Defendants with prejudice. This Dismissal is only effective as to the Hakakian Defendants and the remaning Defendants are not dismissed from this action at this time. |

**IT IS SO STIPULATED.**

Dated: February 2, 2019      Respectfully submitted,

TMW LAW

By   /s/ Bruno Tarabichi
      Bruno Tarabichi
      Attorneys for Plaintiff
      Russell Road Food and Beverage, LLC

Dated: February 2, 2019      Respectfully submitted,

LEBEDEV, MICHAEL & HELMI

By   /s/ Gennady L. Lebedev
      Gennady L. Lebedev
      Attorneys for Defendants Djavid
      Hakakian, Morris Nejathaim, Hamed
      Yazdanpanah, Isaac Javdanfar, Kamran
      Samooha, Mehran Sadighpour, Sefox
      Investement, LLC, El Marino, LLC,
      Knotting Hill, LLC, IJ Properties, LLC,
      and S Double, LLC

**<u>ORDER</u>**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: <u>February 5, 2019</u>.