**BRUNO TARABICHI**, CA State Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408.634.0324
Facsimile: 408.715.6707
Pr*o Hac Vice*

**PUOY K. PREMSRIRUT**, State Bar No. 7141
puoy@brownlawlv.com
**PUOY K. PREMSRIRUT, ESQ. INC.**
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: 702.384.5563
Facsimile: 702.385.1752

Attorneys for Plaintiff
Russell Road Food and Beverage, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE GALAM, et al.<br>Defendants.<br><br>MIKE GALAM, et al.,<br><br>Counterclaimants,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, et al.<br><br>Counterdefendant. | Case No. 2:13-cv-00776-RFB-NJK<br><br>**STIPULATED PERMANENT INJUNCTION AND [PROPOSED] ORDER BETWEEN PLAINTIFF RUSSELL ROAD FOOD AND BEVERAGE, LLC AND ALL DEFENDANTS**<br><br>Case Filed: May 2, 2013<br>Judge: Honorable Richard F. Boulware |

Pursuant to Local Rule 6-2 of the District of Nevada's Local Rules of Practice, Plaintiff Russell Road Food and Beverage, LLC ("Russell Road") and Defendants Mike Galam, Victor Galam, Jacqueline Galam Barnes, Crazy Horse Too Gentlemen's Club LLC, Rhino Bare Projects LLC, Rhino Bare Projects 4824 LLC, Canico Capital Group, LLC, Industrial Road 2440-2497, LLC, Abraham Assil, George Eshaghian, West Best Capital Group, LLC, SN & GE, LLC, Soleiman Nazarian, Djavid Hakakian, Morris Nejathaim, Hamed Yazdanpanah, Isaac Javdanfar, Kamran Samooha, Mehran Sadighpour, Sefox Investement, LLC, El Marino, LLC, Knotting Hill, LLC, IJ Properties, LLC, and S Double, LLC ("Defendants") (hereinafter "Enjoined Defendants") hereby stipulate and agree to the entry of a permanent injunction as set forth below.

**THE COURT HEREBY FINDS THAT**

1. Russell Road prevailed on the merits of its trademark infringement claim against Canico Capital Group, LLC, Industrial Road 2440-2497, LLC, Crazy Horse Too Gentlemen's Club LLC, Rhino Bare Projects LLC, Rhino Bare Projects 4824 LLC, Mike Galam, Victor Galam, and Jacqueline Galam Barnes. ECF No. 375. All remaining Defendants are or have been in the past associated and/or affiliated, whether directly or indirectly, in some manner with Canico Capital Group, LLC, such that injunctive relief against the remaining Defendants is appropriate.

2. Russell Road has shown that it has suffered and is likely to continue to suffer irreparable harm in the absence of a permanent injunction. Russell Road has made a strong showing of irreparable harm through its submission of evidence that in the absence of a permanent injunction (i) substantial actual confusion has already occurred in the market; (ii) it has suffered, and will continue to suffer, intangible harm to the goodwill of its CRAZY HORSE III mark, (iii) it will be unable to control and maintain the reputation and perception of its CRAZY HORSE III mark, (iv) it will be unable to obtain a reasonable return on its investment of millions of dollars into its CRAZY HORSE III mark; and/or (v) its CRAZY HORSE III mark will be tarnished by being associated with the negative reputation of the former Crazy Horse Too club.

3. The balance of equities tips in Russell Road's favor. Russell Road has invested a substantial amount of money into its mark and created substantial goodwill and consumer recognition in its CRAZY HORSE III mark. In contrast, a permanent injunction will not harm the Enjoined Defendants because it only requires the Enjoined Defendants to comply with the law.

4. A permanent injunction serves the public interest because it prevents confusion in the market. Here, Russell Road has prevailed on the merits of its trademark claim and, thus, established a likelihood of confusion. Moreover, actual confusion has already occurred.

**THEREFORE, IT IS HEREBY ORDERED THAT**

1. Pursuant to 15 U.S.C. § 1116 and Federal Rule of Civil Procedure 65, this Permanent Injunction Order binds (i) the Enjoined Defendants; (ii) the Enjoined Defendants' officers, agents, servants, employees, and attorneys; and (iii) all other persons who are in active concert or participation with the Enjoined Defendants or the Enjoined Defendants' officers, agents, servants, employees, and attorneys (collectively referred to as "The Enjoined Parties").

2. The Enjoined Parties are hereby enjoined from any and all use of (i) the CRAZY HORSE TOO, CRAZY HORSE TOO SALOON, and CRAZY HORSE trademarks and names (alone or in combination with other letters, words, or designs), (ii) any trademarks incorporating the term CRAZY or HORSE or TOO (including designs intended to depict the word CRAZY or HORSE or TOO), (iii) the former CRAZY HORSE TOO design logos attached as Exhibit 1 hereto or any design or mark that incorporates any part of those design logos, and (iv) any abbreviations of any of the foregoing marks such as CH2, CH2LV, CHTOO, CHTOOLV ((i) through (iv) collectively the "**Infringing CRAZY HORSE TOO Marks**") in connection with the advertising, promotion, operation, or provision of a gentlemen's club or in connection with any business, goods, or services in the adult entertainment industry in the State of Nevada, the United States, and worldwide.

1      3.     The Enjoined Parties, to the extent that they have the power and ability to do so are ordered to (i) permanently remove all billboards and signage featuring the Infringing CRAZY HORSE TOO Marks, to the extent such still exist; (ii) permanently remove or disable all websites that feature—whether in the domain name url or website itself—the Infringing CRAZY HORSE TOO Marks, to the extent such still exist; (iii) permanently remove or withdraw all other promotional materials featuring the Infringing CRAZY HORSE TOO Marks, to the extent such still exist; (iv) permanently remove or delete all social media accounts and social media pages that contain or feature the Infringing CRAZY HORSE TOO Marks (including use as usernames or hashtags or as content in social media messages or on social media pages), to the extent such still exist.

**IT IS SO STIPULATED**

Dated: February 1, 2019          Respectfully submitted,

TMW LAW

By    /s/ Bruno Tarabichi
     Bruno Tarabichi
     Attorneys for Plaintiff
     Russell Road Food and Beverage, LLC

Dated: February 1, 2019          Respectfully submitted,

AKERMAN LLP

By    /s/ Ariel E. Stern
     Ariel E. Stern
     Attorneys for Defendants Canico Capital Group, LLC, Industrial Road 2440-2497, LLC, Abraham Assil, George Eshaghian, West Best Capital Group, LLC, SN & GE, LLC, and Soleiman Nazarian

Dated: February 1, 2019	Respectfully submitted,

THE LAW OFFICES OF WILLIAM H. BROWN, LTD.


By   /s/ William Brown
    William Brown
    Attorneys for Defendants Mike Galam, Crazy Horse Too Gentlemen's Club LLC, Victor Galam, Jaqueline Galam Barnes, Rhino Bare Projects LLC, and Rhino Bare Projects 4824 LLC


Dated: February 1, 2019	Respectfully submitted,

LEBEDEV, MICHAEL & HELMI


By   /s/ Gennady L. Lebedev
    Gennady L. Lebedev
    Attorneys for Defendants Djavid Hakakian, Morris Nejathaim, Hamed Yazdanpanah, Isaac Javdanfar, Kamran Samooha, Mehran Sadighpour, Sefox Investement, LLC, El Marino, LLC, Knotting Hill, LLC, IJ Properties, LLC, and S Double, LLC


IT IS SO ORDERED:

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: <u>February 14, 2019</u>.