**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RUSSELL ROAD FOOD AND BEVERAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GALAM et al.,<br><br>Defendants. | Case No. 2:13-cv-00776-RFB-NJK<br><br>**ORDER** |

On May 2, 2013, Plaintiff Russel Road Food and Beverage, LLC filed its Complaint against Defendants. ECF No. 1. On May 10, 2013, this Court granted Plaintiff's motion for temporary restraining order and required Plaintiff to provide security for the temporary restraining order by tendering $100 cash to the Clerk of the Court. ECF No. 29. Plaintiff submitted the cash deposit on May 13, 2013. ECF No. 35. On May 22, 2013, this Court issued an order granting Plaintiff's motion for preliminary injunction and ordered that the $100 cash deposit Plaintiff previously made for the temporary restraining order would remain in deposit with the Clerk of the Court as security for the preliminary injunction pending the final disposition for the case. ECF No. 46. On February 10, 2014, this Court granted Defendants' Motion to Vacate the Preliminary Injunction. ECF No. 127. On March 28, 2019, this Court granted Plaintiff's stipulated voluntary dismissal and instructed the Clerk of the Court to close this matter. ECF No. 419.

/ / /

/ / /

/ / /

1        **THEREFORE, IT IS ORDERED** that the $100.00 bond, plus any accrued interest, be

2 returned to the Legal Owner at

                 Puoy K. Premsriut, Esq.
                 520 South Fourth Street, Second Floor
                 Las Vegas, NV 89101

6       DATED: <u>October 15, 2020</u>.

                                                     _____
                                                     **RICHARD F. BOULWARE, II**
                                                     **UNITED STATES DISTRICT JUDGE**